UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE RILEY,
Individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

HENRY FORD HEALTH SYSTEM,

        Defendant.

Case No:  2:22-cv-12555

Hon. Laurie J. Michelsen

Mag. Judge Elizabeth A. Stafford

---

Jennifer McManus (P65976)
FAGAN McMANUS, P.C.
25892 Woodward Avenue
Royal Oak, MI  48067
(248) 658-8951
jmcmanus@faganlawpc.com

William Clifton Alexander
Texas Bar No. 24064805
Austin W. Anderson
Texas Bar No. 24045189
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Ste. 610
Corpus Christi, TX  78401
(361) 452-1279
clif@a2xlaw.com

Attorneys for Plaintiff

Allan S. Rubin (P44420)
Daniel C. Waslawski (P78037)
JACKSON LEWIS P.C.
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
Allan.Rubin@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com

Robert A. Farr (P61597)
Henry Ford Health System
Office of General Counsel
One Ford Place, Room 4B
Detroit, MI 48202
(248) 703-0662
Rfarr1@HFHS.org
(248) 703-0662

Attorneys for Defendant

---

## JOINT STATUS REPORT

1.      The Parties agreed and this Court ordered a stay of this litigation from January 5, 2023 through March 24, 2023, to allow the Parties time to exchange information and attend mediation. ECF No. 23.

2.      The Parties attended mediation on March 22, 2023 with Michael Russell, Esq., Miles Mediation and Arbitration Services.

3.      The Parties reached a resolution at mediation and anticipate filing settlement approval documents within thirty (30) days.

Date: March 24, 2023                          Respectfully submitted,

/s/ Austin W. Anderson                        /s/ Allan S. Rubin
Jennifer McManus (P65976)                     Allan S. Rubin (P44420)
FAGAN McMANUS, P.C.                           Daniel C. Waslawski (P78037)
25892 Woodward Avenue                         JACKSON LEWIS P.C.
Royal Oak, MI  48067                          2000 Town Center, Ste. 1650
(248) 658-8951                                Southfield, MI 48075
jmcmanus@faganlawpc.com                       (248) 936-1900
                                              Allan.Rubin@jacksonlewis.com
                                              Daniel.Waslawski@jacksonlewis.com
William Clifton Alexander
Texas Bar No. 24064805
Austin W. Anderson                            Robert A. Farr (P61597)
Texas Bar No. 24045189                        Henry Ford Health System
ANDERSON ALEXANDER, PLLC                      Office of General Counsel
101 N. Shoreline Blvd, Ste. 610              One Ford Place, Room 4B
Corpus Christi, TX  78401                     Detroit, MI 48202
(361) 452-1279                                (248) 703-0662
clif@a2xlaw.com                               Rfarr1@HFHS.org
                                              (248) 703-0662

*Attorneys for Plaintiff*

                                              *Attorneys for Defendant*