UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE RILEY,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

HENRY FORD HEALTH SYSTEM,

    Defendant.

Case No: 2:22-cv-12555

Hon. Laurie J. Michelsen

Mag. Judge Elizabeth A. Stafford

---

| | |
|---|---|
| Jennifer McManus (P65976)<br>FAGAN McMANUS, P.C.<br>25892 Woodward Avenue<br>Royal Oak, MI 48067<br>(248) 658-8951<br>jmcmanus@faganlawpc.com<br><br>Clif Alexander<br>Texas Bar No. 24064805<br>Austin W. Anderson<br>Texas Bar No. 24045189<br>ANDERSON ALEXANDER, PLLC<br>101 N. Shoreline Blvd., Suite 610<br>Corpus Christi, TX 78401<br>(361) 452-1279<br>team@a2xlaw.com<br><br>Attorneys for Plaintiff | Allan S. Rubin (P44420)<br>Daniel C. Waslawski (P78037)<br>JACKSON LEWIS P.C.<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>Allan.Rubin@jacksonlewis.com<br>Daniel.Waslawski@jacksonlewis.com<br><br>Robert A. Farr (P61597)<br>Henry Ford Health System<br>Office of General Counsel<br>One Ford Place, Room 4B<br>Detroit, MI 48202<br>(248) 703-0662<br>Rfarr1@HFHS.org<br>(248) 703-0662<br><br>Attorneys for Defendant |

---

**ORDER APPROVING SETTLEMENT AND**
**DISMISSAL OF LAWSUIT WITH PREJUDICE**

After a review of Plaintiffs' Unopposed Motion for Approval of Settlement and

Stipulation of Dismissal with Prejudice, the Settlement Agreement, First Addendum

to Settlement Agreement, and the Declarations of Plaintiffs' Counsel, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See, e.g.*, *Dillworth et. al. v. Case Farms Processing, Inc.*, No. 5:08-cv-1694, 2010 WL 776933, at *9 (N.D. Ohio Mar. 8, 2010); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore this 19th day of July 2023 Ordered and Adjudged as follows:

1. The Proposed Settlement is APPROVED, including, but not limited to, the Service Awards, attorneys' fees and costs to Plaintiffs' Counsel, and Notice Process.

2. That for purposes of settlement a FLSA collective action is certified, consisting of the following:

> The "Settlement Class" or the "Class" consists of all current and former Medical Assistants ("MAs"), Registered Nurses ("RNs"), Licensed Practical Nurses ("LPNs"), and any other employees who worked in any facility or in any position where a currently named Plaintiff or Opt-In Plaintiff worked, who were paid on an hourly basis, employed by Henry Ford Health System, who did not work in Henry Ford's Corporate Office Division or for Health Alliance Plan ("HAP"), anywhere in the United States, at any time from October 24, 2019 through the final disposition of this matter ("Putative Collective Members"), and all current and former employees of HFHS who previously filed a consent to join this Lawsuit (i.e., the Named Plaintiff and the Opt-Ins). The Settlement Class shall not include any persons who did not work for HFHS.

IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;

- Rust Consulting, Inc. will serve as "Settlement Administrator" in providing notice, claim process and administration services under the Settlement Agreement;

- Named Plaintiff is appointed as representative for the Settlement Class; and

- Plaintiffs' Counsel (Jennifer McManus (P65976) of Fagan McManus, P.C. and Clif Alexander and Austin W. Anderson of Anderson Alexander, PLLC are approved as Collective Counsel for the Settlement Collective.

IT IS FURTHER ORDERED that the form and content of the Notice of Proposed Settlement attached to the Motion to Approve Settlement are adequate, proper, comport with Due Process, and they are hereby approved and authorized for distribution to Class Members;

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time that do not alter effective dates, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that Collective Counsel file a Notice of Participation identifying all individuals who returned an Opt-In Claim Form and/or cashed their Settlement Check and attaching the Opt-In Claim Form or check imaging within fifteen (15) days of the close of the Notice Period. After that time, this Court will dismiss this action with prejudice.

Dated: July 19, 2023

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE